UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STANFORD HILL, JR.,<br><br>    Plaintiff,<br>v.<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>    Defendant. | Case No.  4:18-cv-01370<br><br>Honorable Judge Judge Nancy Atlas |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff STANFORD HILL, JR., and the Defendant, CONSUMER PORTFOLIO SERVICES, INC. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against CONSUMER PORTFOLIO SERVICES, INC. , pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 8, 2018                                               Respectfully Submitted,

**STANFORD HILL, JR.**                          **CONSUMER PORTFOLIO SERVICES, INC.**

/s/ Marwan R. Daher                              /s/ Amanda R. Laviage(*with consent*)
Marwan R. Daher                                   Amanda R. Laviage
*Counsel for Plaintiff*                           Jeffrey Seewald
Sulaiman Law Group, LTD                           McGlinchey Stafford
2500 S. Highland Avenue, Suite 200                1001 McKinney Street, Suite 1500
Lombard, Illinois 60148                           Houston, TX 77002
Phone: (630) 575-8181                             Phone:(713) 520-1900
Fax :(630) 575-8188                               alaviage@mcglinchey.com
mdaher@sulaimanlaw.com                            jseewald@mcglinchey.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Marwan R. Daher
Marwan R. Daher