United States District Court
Southern District of Texas
**ENTERED**
August 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STANFORD HILL, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1370 |
| | § | |
| CONSUMER PORTFOLIO | § | |
| SERVICES, INC., | § | |
| Defendant. | § | |

### ORDER

Pursuant to the parties' Agreed Stipulation of Dismissal with Prejudice [Doc. # 13], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 9th day of **August, 2018**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2018\1370DO.wpd   180809.1048